BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

DAVID J. ZAPPA,

              Defendant.

CASE NO. 2:15-CR-184 MCE

18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture

SEALED

INDICTMENT

COUNT ONE: [18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography]

    The Grand Jury charges: T H A T

    DAVID J. ZAPPA,

defendant herein, on or about July 17, 2014, in the County of Plumas, State and Eastern District of California, did knowingly distribute one or more visual depictions, including but not limited to "blowjobpart1.mpg", "fuckintheasspart4.mpg", and "gracel09-09preview.mpg", using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant DAVID J. ZAPPA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matters which contain any visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of the violation, including but not limited to the following:

   a. Lenovo Laptop Computer serial number WB03646716; and

   b. Rosewill (Hitachi) External Hard Drive serial number 5220F32560FF.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

   a) cannot be located upon the exercise of due diligence;

   b) has been transferred or sold to, or deposited with, a third party;

   c) has been placed beyond the jurisdiction of the Court;

   d) has been substantially diminished in value; or

   e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

*[signature]*
BENJAMIN B. WAGNER
United States Attorney

INDICTMENT                                    2

No. _____

2:15 - CR - - 184 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

DAVID J. ZAPPA          

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2253 – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
*Foreman.*

*Filed in open court this* \_\_\_\_\_ 3rd \_\_\_\_\_ *day*

*of* \_\_September\_\_, *A.D. 20* \_15\_

\_\_\_\_\_ M. Caspar \_\_\_\_\_
*Clerk.*

*Bail, $* \_\_ **NO BAIL WARRANT PENDING HEARING**

GPO 863 525

## United States v. Zappa
## Penalties for Indictment

**Defendant**
David J Zappa

2:15-CR-0184 MCE

**COUNT 1:**      ZAPPA

VIOLATION:       18 U.S.C. § 2252(a)(2) – Distribution of CP

PENALTIES:       Mandatory minimum of 5 years in prison and a maximum of up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

2:15- CR - 0 1 8 4 MCE

**FORFEITURE ALLEGATION:**

VIOLATION:       18 U.S.C. § 2253(a) - Criminal Forfeiture

PENALTIES:       As stated in the charging document