UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 09, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID J. ZAPPA,

Defendant.

Case No. 2:15-cr-00184

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID J. ZAPPA ,

Case No.  2:15-cr-00184   from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

X   Unsecured Appearance Bond $   25,000, cosigned by Molly Zappa

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

\_\_\_\_\_  (Other): Third-party custody of Molly Zappa. To be

X   released from the Marshals at 9:00 AM on 9/10/2015

\_\_\_\_\_  to Pretrial Services, for transport to Pete's Place.

Issued at Sacramento, California on September 09, 2015 at   2:30 pm

By: _____

Magistrate Judge Carolyn K. Delaney