HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID J. ZAPPA,<br><br>        Defendant. | Case No. 2:15-CR-0184 GEB<br><br>STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>DATE:   March 25, 2016<br>TIME    9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |
|---|---|

    IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for March 25, 2016 is vacated and continued to May 20, 2016 at 9:00 a.m.

    The above case has been reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel requires additional time to receive and review discovery with the defendant and to pursue investigation, as well as continue negotiations toward a non-trial disposition.

        Accordingly, the parties agree that time under the Speedy

1  Trial Act should be excluded from the date of this order through
2  May 20, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv),
3  to afford the parties adequate time for effective preparation
4  and to assure continuity of counsel.  The parties agree that the
5  ends of justice served by a continuance outweigh the best
6  interests of the public and of Mr. Zappa in a speedy trial and
7  ask the Court to so find.

9  DATED: March 16, 2016          Respectfully submitted,
                                   HEATHER E. WILLIAMS
10                                 Federal Defender

11                                 /s/ T. Zindel
12                                 TIMOTHY ZINDEL
                                   Assistant Federal Defender
13                                 Attorney for David J. Zappa

14  DATED: March 16, 2016          BENJAMIN B. WAGNER
                                   United States Attorney
15

16                                 /s/ T. Zindel for M. Morris
                                   MATTHEW MORRIS
17                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
18

19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

**O R D E R**

The status conference scheduled for March 25 is continued to May 20, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 20, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge