HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DAVID J. ZAPPA,<br><br>            Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:   May 20, 2016<br>TIME    9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |
|---|---|

   IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for May 20, 2016 is vacated and continued to August 12, 2016 at 9:00 a.m.

   The above case has been reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel has reviewed discovery with Mr. Zappa and has ordered an investigation requiring use of an expert to review computer material.  The investigation is expected to consume at least two months time.

1    Accordingly, the parties agree that time under the Speedy
2 Trial Act should be excluded from the date of this order through
3 August 12, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4 (b)(iv), to afford the parties adequate time for effective
5 preparation and to assure continuity of counsel.  The parties
6 agree that the ends of justice served by a continuance outweigh
7 the best interests of the public and of Mr. Zappa in a speedy
8 trial and ask the Court to so find.

10   DATED: May 18, 2016         Respectfully submitted,
                                  HEATHER E. WILLIAMS
11                                Federal Defender

12                                /s/ T. Zindel
                                  TIMOTHY ZINDEL
13                                Assistant Federal Defender
14                                Attorney for David J. Zappa

15   DATED: May 18, 2016         PHILLIP A. TALBERT
                                  Acting United States Attorney
16
17                                /s/ T. Zindel for M. Morris
                                  MATTHEW MORRIS
18                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
19
20   /////
21   /////
22   /////
23   /////
24   /////
25   /////
26   /////
27   /////
28   /////

**O R D E R**

The status conference scheduled for May 20 is continued to August 12, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 12, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge