HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID J. ZAPPA,<br><br>          Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (~~PROPOSED~~) RE DEFENSE FORENSIC COMPUTER EXAMINATION**<br><br>Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, David J. Zappa, that the Court should approve the proposed protective order (attached) governing forensic examination of computer equipment and data seized by the government in this case.

Defense counsel has concluded that forensic examination must be done of computer equipment and data seized in this case and has retained Marcus Lawson and Global CompuSearch to conduct the examination.  Counsel has concluded that the examination is necessary to effectively represent Mr. Zappa and to evaluate the

case.  The government alleges that some of the seized material

contains or constitutes images of child pornography.  The

parties have therefore agreed that the attached order should

govern the defense examination of the computer media and request

that the Court approve it.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   June 21, 2016            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for DAVID J. ZAPPA

                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

Dated:   June 21, 2016            /s/ T. Zindel for M. Morris
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

1.  The United States or its agent shall make a duplicate copy of any hard drive or computer other storage media available for defense analysis.

2.  The duplicate copies of the hard drive and storage media shall be made available to assigned defense counsel Timothy Zindel, assigned defense paralegal Julie Denny, to retained defense expert, Marcus Lawson, and to colleagues of Mr. Lawson's firm (Global CompuSearch) for review at the Sacramento High Tech Task Force offices in Sacramento, California or at a comparable law enforcement facility in Sacramento, California for the purpose of preparing the defense of the above-entitled action.  Images on the duplicate hard drive and storage media shall not be viewed by any other person unless one of the aforementioned members of the defense team is present and the viewing is necessary to prepare the defense.

3.  A private room will be provided for the defense examination.  No Government agent will be inside the room during the examination.

4.  The expert shall be permitted to bring any equipment, books, or records he believes may be necessary to conduct the examination.

5.  No member of the defense team or of Global CompuSearch shall remove the hard drive or other storage media from the confines of the law enforcement office.

6.  With the exception of materials that would constitute child pornography under federal law (including visual depictions

*U.S. v. Zappa*, 15-cr-184 GEB

and data capable of conversion into a visual depiction) the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.  The expert shall certify in writing using the attached certification that no materials have been removed that would constitute child pornography, or data capable of being converted into child pornography as defined by federal law, and that no child pornography has been sent from the law enforcement premises by any means, including electronic transfer of files.

7.  Except when a defense expert fails to provide this certification, no government agent and no other person connected to the government will examine or acquire in any fashion any of the items used by the expert to conduct the defense analysis. Should a defense expert fail to certify that he or she has not copied or removed child pornography, or data capable of being converted into child pornography, government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8.  When the defense indicates that it has completed its review of the copy of the hard drives and other storage materials, the drive(s) or other storage materials shall be "wiped" clean.

/////

/////

/////

/////

/////

*U.S. v. Zappa*, 15-cr-184 GEB

9.   Any dispute about this order or problem implementing it shall be brought to the attention of the court through counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated:   June 22, 2016

HON. EDMUND F. BRENNAN
United States Magistrate Judge

*U.S. v. Zappa*, 15-cr-184 GEB

**CERTIFICATION**

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically or by any other means to any other location, during the course of my review of the evidence in this case.


Dated: _____        Signed: _____