HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID J. ZAPPA,<br><br>　　　　Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:　August 12, 2016<br>TIME　　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for August 12, 2016 may be continued to October 21, 2016 at 9:00 a.m.

　　　The above case has been reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel has reviewed discovery with Mr. Zappa and has ordered an investigation requiring use of an expert to review computer material.  The investigation is continuing, with review yet to be completed.

1    Accordingly, the parties agree that time under the Speedy
2    Trial Act should be excluded from the date of this order through
3    October 21, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4    (b)(iv), to afford the parties adequate time for effective
5    preparation and to assure continuity of counsel.  The parties
6    agree that the ends of justice served by a continuance outweigh
7    the best interests of the public and of Mr. Zappa in a speedy
8    trial and ask the Court to so find.
9
10                                   Respectfully submitted,
11                                   HEATHER E. WILLIAMS
                                     Federal Defender
12
13   Dated: August 11, 2016          /s/ T. Zindel
                                     TIMOTHY ZINDEL
14                                   Assistant Federal Defender
                                     Attorney for David J. Zappa
15
                                     PHILLIP A. TALBERT
16                                   Acting United States Attorney
17
     Dated: August 11, 2016          /s/ T. Zindel for M. Morris
18                                   MATTHEW MORRIS
                                     Assistant U.S. Attorney
19                                   Attorney for Plaintiff
20
21   /////
22   /////
23   /////
24   /////
25   /////
26   /////
27   /////
28   /////

**O R D E R**

The status conference scheduled for August 12, 2016, is continued to October 21, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 21, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge