```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID J. ZAPPA,<br><br>　　　　　Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:　December 16, 2016<br>TIME　　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for December 16, 2016 may be continued to February 17, 2017, at 9:00 a.m.

　　　The above case was reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel has reviewed discovery with Mr. Zappa and has ordered an investigation requiring use of an expert to review

computer material.  The investigation is ongoing, with additional review yet to be completed and additional meetings needed.

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through February 17, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel.  The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 14, 2016    /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for David J. Zappa

                            PHILLIP A. TALBERT
                            United States Attorney

Dated: December 14, 2016    /s/ T. Zindel for M. Morris
                            MATTHEW MORRIS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

/////

/////

/////

/////

**O R D E R**

The status conference scheduled for December 16, 2016, is continued to February 17, 2017, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 17, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge