HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) TO ALLOW TRAVEL** |
| v. | |
| DAVID J. ZAPPA, | DATE:    December 21, 2016 |
| | TIME     2:00 p.m. |
| Defendant. | JUDGE:   Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, leaving his approved residence at 9:00 a.m. on December 27 and returning to his approved residence by 10:00 p.m. on December 28, in order to be with his family during the holidays.  The parties ask the Court to approve travel under conditions set forth by Pretrial Services, which are as follows:

Pretrial Services has spoken to the defendant, his daughter/custodian, and his son to confirm Mr. Zappa's itinerary and his whereabouts for December 27 and 28, 2016. The defendant's son and his daughter/custodian have also confirmed the defendant will not have any access to the internet, computers, or minor children on December 27 and 28, 2016. On December 27, 2016, the defendant is requesting to leave his residence at 9:00am and travel directly to his daughter's home in Santa Rosa. On this date, Mr. Zappa is requesting to be away from his daughter's home until 10:30pm. On December 28, 2016, the defendant is requesting to be away from his daughter's home from 8:00am and he will return to his residence in Sacramento before 10:00pm. Although Pretrial Services will be able to monitor the defendant with location monitoring equipment, Pretrial Services will not be able to physically confirm the location of the equipment once it has been moved from the defendant's home and placed in his daughter's residence. However, Pretrial Services will contact the defendant's daughter/custodian telephonically to ensure that the equipment has been installed in her home. The defendant's daughter/custodian has also confirmed that she will be with her father at all times on December 27 and 28, 2016.

Mr. Zappa is in compliance with his conditions of release and Pretrial Services will defer to the Court regarding the defendant's request to be away from his residence on the above dates.

/////
/////
/////
/////
/////
/////
/////
/////
/////

1    The parties agree that the Court should permit the
2 requested travel with the restrictions set forth above.

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: December 21, 2016        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for David J. Zappa

                                PHILLIP A. TALBERT
                                United States Attorney

Dated: December 21, 2016        /s/ T. Zindel for M. Morris
                                MATTHEW MORRIS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

The above request is granted.  Mr. Zappa shall follow the restrictions on his travel as set forth above.

IT IS SO ORDERED.

Dated:  December 21, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE