```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID J. ZAPPA,<br><br>          Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:  February 17, 2017<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for February 17, 2017 may be continued to March 31, 2017, at 9:00 a.m.

   The above case was reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel has reviewed discovery with Mr. Zappa and has ordered an investigation requiring use of an expert to review

1 computer material.  The investigation is ongoing, with
2 additional review yet to be completed and additional meetings
3 needed.
4     Accordingly, the parties agree that time under the Speedy
5 Trial Act should be excluded from the date of this order through
6 March 31, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
7 (b)(iv), to afford the parties adequate time for effective
8 preparation and to assure continuity of counsel.  The parties
9 agree that the ends of justice served by a continuance outweigh
10 the best interests of the public and of Mr. Zappa in a speedy
11 trial and ask the Court to so find.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: February 15, 2017            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for David J. Zappa

                                    PHILLIP A. TALBERT
                                    United States Attorney

Dated: February 15, 2017            /s/ T. Zindel for M. Morris
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

/////
/////
/////
/////

Stipulation and [Proposed] Order to Continue Status Conference     -2-     *U.S. v. Zappa*, 15-cr-184 GEB

**O R D E R**

The status conference scheduled for February 17 is continued to March 31, 2017, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 31, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge