HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) MODIFYING RELEASE CONDITIONS** |
| v. | |
| DAVID J. ZAPPA, | JUDGE: Hon. Edmund F. Brennan |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the conditions of pretrial release ordered on September 9, 2015, may be modified to set a curfew allowing Mr. Zappa to be away from his residence between the hours of 8:00 a.m. and 5:30 p.m.  The proposed amended special conditions of release prepared by Pretrial Services are set forth below and the parties ask the Court to adopt them.

Mr. Zappa was released in September 2015 on conditions including home detention.  His Pretrial Services Officer contacted the parties on March 23, 2017, to recommend that home detention be modified to a curfew in light of Mr. Zappa's long compliance with the conditions of release, his medical needs, and his need to assist in his defense.  The Officer provided proposed new conditions, which are attached to this stipulation.  The parties agree that the new conditions should be adopted.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  March 27, 2017        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for David J. Zappa

                              PHILLIP A. TALBERT
                              United States Attorney

Dated:  March 27, 2017        /s/ T. Zindel for M. Morris
                              MATTHEW MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

*U.S. v. Zappa*, 15-cr-184 GEB

**O R D E R**

The amended conditions of pretrial release (attached) are hereby adopted.

IT IS SO ORDERED.

Dated:   March 28, 2017

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: David J. Zappa
No.: 2:15-CR-00184-MCE
Date: March 24, 2017

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your release on bond shall be delayed until September 10, 2015, at 9:00 a.m. and you shall be released from the marshal's directly to Pretrial Services;
3. You are released to the third-party custody of Molly Zappa;
4. You are to reside at Pete's Place located in Sacramento, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
5. You shall cooperate in the collection of a DNA sample;
6. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
7. You shall not obtain a passport or other travel documents during the pendency of this case;
8. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
9. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
12. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW:** You must remain inside your residence Monday through Saturday from 5:30pm to 8:00am, or as adjusted by the pretrial services officer for medical, religious services, employment, or court ordered obligations. However, on Sunday you will remain on Home Detention;

14. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

15. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

16. You shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;

17. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and,

19. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.