HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID J. ZAPPA,<br><br>    Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:  March 31, 2017<br>TIME   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
|---|---|

    IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for March 31, 2017 may be continued to May 19, 2017, at 9:00 a.m.

    The above case was reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel has reviewed discovery with Mr. Zappa and has ordered an investigation requiring use of an expert to review

1  computer material.  The investigation is ongoing, with
2  additional review yet to be completed and additional meetings
3  needed.
4        Accordingly, the parties agree that time under the Speedy
5  Trial Act should be excluded from the date of this order through
6  May 19, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv),
7  to afford the parties adequate time for effective preparation
8  and to assure continuity of counsel.  The parties agree that the
9  ends of justice served by a continuance outweigh the best
10 interests of the public and of Mr. Zappa in a speedy trial and
11 ask the Court to so find.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated: March 29, 2017         /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for David J. Zappa

                              PHILLIP A. TALBERT
                              United States Attorney

Dated: March 29, 2017         /s/ T. Zindel for M. Morris
                              MATTHEW MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference scheduled for March 31 is continued to May 19, 2017, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 19, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge