1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   DAVID J. ZAPPA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| DAVID J. ZAPPA, | DATE: August 25, 2017 |
| Defendant. | TIME 9:00 a.m. |
| | JUDGE: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for August 25, 2017 may be continued to October 20, 2017, at 9:00 a.m.

   The above case was reassigned to undersigned defense counsel after the departure of the previously-assigned attorney. Defense counsel has reviewed discovery with Mr. Zappa and has ordered an investigation requiring use of an expert to review

1 | computer material.  The investigation is ongoing, with
2 | additional review yet to be completed and additional meetings
3 | needed.
4 |     Accordingly, the parties agree that time under the Speedy
5 | Trial Act should be excluded from the date of this order through
6 | October 20, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
7 | (b)(iv), to afford the parties adequate time for effective
8 | preparation and to assure continuity of counsel.  The parties
9 | agree that the ends of justice served by a continuance outweigh
10 | the best interests of the public and of Mr. Zappa in a speedy
11 | trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 14, 2017        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for David J. Zappa

                              PHILLIP A. TALBERT
                              United States Attorney

Dated: August 14, 2017        /s/ T. Zindel for M. Morris
                              MATTHEW MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

/////
/////
/////
/////

**O R D E R**

The status conference scheduled for August 25 is continued to October 20, 2017, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 20, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge