HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID J. ZAPPA,<br><br>    Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:   October 20, 2017<br>TIME    9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for October 20, 2017 may be continued to December 15, 2017, at 9:00 a.m.

Defense counsel continues reviewing the results of discovery and investigation with Mr. Zappa and has ordered additional research, which may require consultation with another expert. The investigation is ongoing, with additional review

yet to be completed and additional meetings needed.

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 15, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 17, 2017      /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for David J. Zappa


                             PHILLIP A. TALBERT
                             United States Attorney

Dated: October 17, 2017      /s/ T. Zindel for M. Morris
                             MATTHEW MORRIS
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference scheduled for October 20 is continued to December 15, 2017, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 15, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge