HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
| Plaintiff, | |
| vs. | **ORDER (PROPOSED) GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| DAVID J. ZAPPA, | |
| Defendant. | Judge:  Hon. Edmund F. Brennan |

This order memorializes a hearing held October 25, 2017, on Mr. Zappa's motion to modify conditions of release to allow him to travel to Greenville, California, to move his personal property into storage.  The Court GRANTED defendant's motion.  Defendant may make up to three trips to Greenville for purposes of moving his property.  He shall make arrangements in advance through Pretrial Services and follow reasonable conditions ordered by Pretrial Services on his travel and on the moving of his property.

IT IS SO ORDERED.

Dated:  October 26, 2017

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE