HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID J. ZAPPA,<br><br>　　　　　Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) TO ALLOW TRAVEL**<br><br>JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, for the Thansgiving holiday on the following conditions, which have been reviewed by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 1:00 p.m. on November 22

(Wedsnesday) and shall return by 5:00 p.m. on November 25 (Saturday).

2. At all times Mr. Zappa shall be monitored by his third-party custodian, his daughter Molly Zappa, and shall spend each evening at her home. He will be subject to location monitoring throughout his visit.

3. Mr. Zappa may attend events outside the home with his children (all of whom are adults) until 10:00 p.m. on Wednesday, November 22; between 8:00 a.m. and 10:30 p.m. on Thursday, November 23; between 10:00 a.m. and 9:30 p.m. on Friday, November 24; and after 8:00 a.m. on Saturday, November 25, and shall return home to Sacramento by 5:00 p.m. that day.

4. Pretrial Services advises that "Mr. Zappa is in compliance with his conditions of release and Pretrial Servicer will defer to the Court regarding the defendant's request to be away from his residence on the above dates." As to the request to attend family gatherings, Pretrial says, "It should be noted, that the defendant is subject to home detention, therefore, Pretrial Services is unable to authorize the defendant attend the various gatherings over the Thanksgiving holiday."

5. Defense counsel shall provide a copy of this order to Molly Zappa, who has been Mr. Zappa's third-party

custodian since his release. Ms. Zappa is aware of her father's conditions of release and has advised Pretrial Services and defense counsel that she does not have internet serice or wi-fi at her house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

6. There are to be no minors present at the activities Mr. Zappa attends (there are no minors in the family).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 20, 2017   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

PHILLIP A. TALBERT
United States Attorney

Dated: November 20, 2017   /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

    The above request is granted. Mr. Zappa shall follow the restrictions on his travel as set forth above and defense counsel shall provide a copy of this order to Molly Zappa.

    IT IS SO ORDERED.

Dated: November 21, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE