HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| DAVID J. ZAPPA, | DATE: January 19, 2018 |
| Defendant. | TIME 9:00 a.m. |
| | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for January 19, 2018, may be continued to March 16, 2018, at 9:00 a.m.

Defense counsel continues reviewing the results of discovery and investigation with Mr. Zappa and has ordered additional research and consultation with a computer forensics expert. Counsel is also awaiting the Supreme Court's ruling in

*Carpenter v. United States* (argued on November 29, 2017) which may justify the filing of a pretrial motion to suppress evidence.

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through March 16, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
Federal Defender

Dated: January 17, 2018        /s/ T. Zindel
                                                TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

                                                McGREGOR SCOTT
United States Attorney

Dated: January 17, 2018        /s/ T. Zindel for M. Morris
                                                MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

/////

/////

/////

/////

**O R D E R**

The status conference scheduled for January 19 is continued to March 16, 2018, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 16, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.
Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge