HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. ZAPPA,<br><br>Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE: March 16, 2018<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
|---|---|

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for March 16, 2018, may be continued to May 11, 2018, at 9:00 a.m.

Defense counsel continues reviewing the results of discovery and investigation with Mr. Zappa and has ordered additional research and consultation with a computer forensics expert. Counsel is also awaiting the Supreme Court's ruling in

*Carpenter v. United States* (argued on November 29, 2017) which may justify the filing of a pretrial motion to suppress evidence.

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through May 11, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 15, 2018          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for David J. Zappa

                               McGREGOR SCOTT
                               United States Attorney

Dated: March 15, 2018          /s/ T. Zindel for M. Morris
                               MATTHEW MORRIS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

/////

/////

/////

/////

**O R D E R**

The status conference scheduled for March 16 is continued to May 11, 2018, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 11, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge