1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    DAVID J. ZAPPA
7

8

9               IN THE UNITED STATES DISTRICT COURT

10

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        Case No. 2:15-CR-0184 GEB

14              Plaintiff,
                                     **STIPULATION AND ORDER (**PROPOSED**)**
15      v.                           **MODIFYING RELEASE CONDITIONS**

16  DAVID J. ZAPPA,
                                     JUDGE: Hon. Edmund F. Brennan
17              Defendant.

18

19

20      IT IS HEREBY STIPULATED by and between plaintiff, United

21  States of America, and defendant, David J. Zappa, that the

22  conditions of pretrial release ordered on September 9, 2015, may

23  be modified to set a curfew allowing Mr. Zappa to be away from

24  his residence between the hours of 8:00 a.m. and 5:00 p.m.  The

25  proposed amended special conditions of release prepared by

26  Pretrial Services are attached and the parties ask the Court to

27  adopt them.

28

1       Mr. Zappa was released in September 2015 on conditions

2   including home detention.  His Pretrial Services Officer (Ms.

3   Basurto) contacted the parties on April 2, to recommend that

4   home detention be modified to a curfew in light of Mr. Zappa's

5   compliance with existing conditions of release.

6

7                                       Respectfully submitted,

8                                       HEATHER E. WILLIAMS
                                    Federal Defender

9

10  Dated:  April 3, 2018          /s/ T. Zindel
                                    TIMOTHY ZINDEL

11                                      Assistant Federal Defender
                                    Attorney for David J. Zappa

12

13                                      McGREGOR SCOTT
                                    United States Attorney

14

15  Dated:  April 3, 2018          /s/ T. Zindel for M. Morris

16                                      MATTHEW MORRIS
                                    Assistant U.S. Attorney

17                                      Attorney for Plaintiff

18

19                            **O R D E R**

20

21      The amended conditions of pretrial release (attached) are

22  hereby adopted.

23      IT IS SO ORDERED.

24

25  Dated:  April 4, 2018

26                                      HON. EDMUND F. BRENNAN
                                    United States Magistrate Judge

27

28

# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: David J. Zappa
No.: 2:15-CR-00184-MCE
Date: April 2, 2018

1.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  Your release on bond shall be delayed until September 10, 2015, at 9:00 a.m. and you shall be released from the marshal's directly to Pretrial Services;

3.  You are released to the third-party custody of Molly Zappa;

4.  You are to reside at Pete's Place located in Sacramento, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5.  You shall cooperate in the collection of a DNA sample;

6.  Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7.  You shall not obtain a passport or other travel documents during the pendency of this case;

8.  You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9.  You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

***13. CURFEW: You must remain inside your residence each day from 5:00pm to 8:00am, or as adjusted by the pretrial services officer for medical, religious services, employment, or court ordered obligations.***

14. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

15. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

16. You shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;

17. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and,

19. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.