1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   DAVID J. ZAPPA
7

8

9               IN THE UNITED STATES DISTRICT COURT

10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 | UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB
14 | Plaintiff, | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**
15 | v. |
16 | DAVID J. ZAPPA, |
17 | Defendant. | DATE: August 3, 2018
   |                           | TIME  9:00 a.m.
   |                           | JUDGE: Hon. Garland E. Burrell, Jr.
18

19

20
        IT IS HEREBY STIPULATED by and between plaintiff, United
21
   States of America, and defendant, David J. Zappa, that the
22
   status conference scheduled for August 3, 2018, may be continued
23
   to September 21, 2018, at 9:00 a.m.
24
        Defense counsel is completing computer forensic
25
   investigation and seeks additional time to consult with its
26
   expert, as well as additional time to consider the impact on the
27
   case of *Carpenter v. United States*, decided last month.
28

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through September 21, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 1, 2018    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: August 1, 2018    /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference scheduled for August 3 is continued to September 21, 2018, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 21, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge