| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | DAVID J. ZAPPA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| DAVID J. ZAPPA, | DATE:     September 21, 2018 |
| Defendant. | TIME       9:00 a.m. |
| | JUDGE:   Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for September 21, 2018, may be continued to November 2, 2018, at 9:00 a.m.

Defense counsel is completing computer forensic investigation and seeks additional time to consult with its expert, as well as additional time to consider the impact on the case of *Carpenter v. United States*, decided last month.

Stipulation and [Proposed] Order to Continue Status Conference

-1-

*U.S. v. Zappa*, 15-cr-184 GEB

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 18, 2018 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: September 18, 2018 /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference scheduled for September 21, 2018 is continued to November 2, 2018, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge