HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| DAVID J. ZAPPA, | DATE: November 2, 2019 |
| Defendant. | TIME 9:00 a.m. |
| | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the status conference scheduled for November 2, 2018, may be continued to February 22, 2019, at 9:00 a.m. The parties also ask the Court to set the following schedule for filing of pretrial motions required to be filed under Federal Rule of Criminal Procedure 12:

Pretrial motions due:      December 28, 2018

Oppositions due:           January 25, 2019

Reply briefs due:          February 8, 2019

Hearing on the motion and a status conference may be set for February 22, 2019, at 9:00 a.m.

Defense counsel has completed his computer forensic investigation but has concluded that *Carpenter v. United States*, decided in June, warrants filing a motion to suppress evidence. Accordingly, the parties propose the above schedule for filing of all motions required to be filed under Federal Rule of Criminal Procedure 12.

In light of the additional time needed to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through February 22, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv). The parties agree that the ends of justice served by a continuance outweigh the best interests of the public and of Mr. Zappa in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 1, 2018   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: November 1, 2018   /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney

**O R D E R**

The status conference scheduled for November 2, 2018 is continued to February 22, 2019, at 9:00 a.m. The Court adopts the above schedule for filing and hearing pretrial motions. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 22, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge