HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW TRAVEL AND TO MODIFY CURFEW FOR CHRISTMAS 2018** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, for the 2018 Christmas holiday on the following conditions, which have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 9:00 a.m. on December 24 (Monday) and

shall return by 9:00 p.m. on December 28 (Friday).

2. At all times Mr. Zappa shall be monitored by his third-party custodian, his daughter Molly Zappa, and shall spend each evening at her home. He will be subject to location monitoring throughout his visit using his existing monitoring equipment.

3. Mr. Zappa may attend events outside the home with his children (all of whom are adults) between 8:00 a.m. and 10:00 p.m. during each day of his visit and shall return to Pete's Place in Sacramento no later than 9:00 p.m. on December 28.

4. Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017 and 2018.

5. Defense counsel shall provide a copy of this order to Molly Zappa, who has been Mr. Zappa's third-party custodian since his release. Ms. Zappa is aware of her father's conditions of release and has advised Pretrial Services that she does not have internet service or Wi-Fi at her house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

6. There are to be no minors present at the activities Mr. Zappa attends (there are no minors in the family).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 19, 2018        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for David J. Zappa

                                PHILLIP A. TALBERT
                                United States Attorney

Dated: December 19, 2018        /s/ T. Zindel for M. Morris
                                MATTHEW MORRIS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The above request is granted. Mr. Zappa shall follow the restrictions on his travel as set forth above and defense counsel shall provide a copy of this order to Molly Zappa.

IT IS SO ORDERED.

Dated:  December 20, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE