HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER (PROPOSED) TO ALLOW TRAVEL AND TO MODIFY CURFEW** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, for purposes of vacating his storage unit there and disposing of property. The following conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 10:00 a.m. on January 24 (Thursday) and

shall return by 9:00 p.m. on January 28 (Monday).

2. At all times Mr. Zappa shall be monitored by his third-party custodian, his daughter Molly Zappa, and shall spend each evening at her home. He will be subject to location monitoring throughout his visit using his existing monitoring equipment.

3. Mr. Zappa may be outside the home with his daughter between 8:00 a.m. and 9:00 p.m. during each day of his visit and shall return to Pete's Place in Sacramento no later than 9:00 p.m. on January 28.

4. Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017 and 2018.

5. Defense counsel shall provide a copy of this order to Molly Zappa, who has been Mr. Zappa's third-party custodian since his release. Ms. Zappa is aware of her father's conditions of release and has advised Pretrial Services that she does not have internet service or Wi-Fi at her house. Mr. Zappa's existing conditions (which

/////

/////

/////

remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

Dated: January 23, 2019    /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for David J. Zappa

                                         McGREGOR SCOTT
                                         United States Attorney

Dated: January 23, 2019    /s/ T. Zindel for M. Chernick
                                         MIRA CHERNICK
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

The above request is granted. Mr. Zappa shall follow the restrictions on his travel as set forth above and defense counsel shall provide a copy of this order to Molly Zappa.

IT IS SO ORDERED.

Dated: January 24, 2019    _____
                                         HON. EDMUND F. BRENNAN
                                         United States Magistrate Judge