```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) TO TEMPORARILY SUSPEND MONITORING** |
| v. | |
| DAVID J. ZAPPA, | JUDGE:  Hon. Edmund F. Brennan |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that location monitoring of Mr. Zappa may be suspended on January 29 and 30, 2019, while Mr. Zappa is hospitalized in Sacramento for surgery, to resume when he returns home.

Pretrial Services has confirmed that Mr. Zappa is scheduled for surgery in Sacramento on Tuesday, January 29, with an expected overnight stay in the hospital.  Mr. Zappa is subject

to location monitoring which must be suspended during his hospitalization. Pretrial Officer Basurto will confirm his hospitalization and resume monitoring him upon his discharge, which is expected to occur on Wednesday, January 30. She advises that she will notify the court and counsel if any further order is necessary.

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated: January 25, 2019      /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for David J. Zappa

                                  PHILLIP A. TALBERT
                                  United States Attorney

Dated: January 25, 2019      /s/ T. Zindel for M. Chernick
                                  MIRA CHERNICK
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

Location monitoring of Mr. Zappa is suspended as set forth above to accommodate Mr. Zappa's scheduled surgery.

IT IS SO ORDERED.

Dated: January 25, 2019      _/s/ Edmund F. Brennan_
                                  HON. EDMUND F. BRENNAN
                                  United States Magistrate Judge