HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) CONTINUING HEARING** |
| v. | |
| DAVID J. ZAPPA, | DATE:  February 22, 2019 |
| Defendant. | TIME    9:00 a.m. |
| | JUDGE:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that the hearing on defendant's motion to suppress evidence, currently scheduled for February 22, 2019, may be continued to April 5, 2019, at 9:00 a.m.

Defense counsel seeks additional time to file and hear a motion for discovery with the magistrate judge; defense counsel believes the motion may bear on resolution of the motion to suppress.  Defense counsel will file his motion by March 1, 2019, the government will file its opposition by March 22, 2019,

with hearing before the magistrate the following week.

The parties agree that time under the Speedy Trial Act is excluded through the hearing on April 5, 2019, pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E). Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 8, 2019     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: February 8, 2019     /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

**O R D E R**

Hearing on defendant's motion to suppress evidence is continued to April 5, 2019, and time is excluded through that date under Local Code E.  The above briefing schedule is hereby adopted.

IT IS SO ORDERED.

Dated:  February 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge