McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
MIRA CHERNICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700


Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DAVID J. ZAPPA,<br><br>             Defendant. | Case No. 2:15-CR-0184 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) EXCLUDING TIME**<br><br>DATE:  April 17, 2019<br><br>JUDGE:  Hon. Garland E. Burrell, Jr. |

Defendant, David J. Zappa, filed a Motion to Compel Discovery on March 1, 2019. A

hearing on the Motion was set for March 27, 2019 before the magistrate judge. At that hearing,

the parties were ordered to conduct a live demonstration of the Torrential Downpour software on

or before April 30, 2019. The live software demonstration has been scheduled for April 23, 2019.

A further hearing on the Motion to Compel was set for May 14, 2019.

On March 28, 2019, Defendant filed a Notice withdrawing the Motion to Suppress

Evidence that was then pending before this Court. Defendant further requested that the hearing

on the Motion to Suppress, scheduled for April 5, 2019, be vacated to allow for ongoing

discovery and investigation by the defense. The parties agree that defense counsel will need time

to prepare with the defense expert for the live software demonstration and will also need time

after the demonstration to consult with the defense expert regarding the results of the demonstration and otherwise prepare for trial.

Additionally, the parties agree that the Motion to Compel remains pending through the date of the hearing set for May 14, 2019.

Accordingly, IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that time under the Speedy Trial Act is excluded through the hearing on May 14, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because the period of delay results from a continuance granted by this Court at the request of the defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties further stipulate that time under the Speedy Trial Act is excluded through May 14, 2019, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: April 17, 2019          /s/ Mira Chernick
                               MIRA CHERNICK
                               Assistant U.S. Attorney


                               HEATHER E. WILLIAMS
                               Federal Defender

Dated: April 17, 2019          /s/ Timothy Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for David J. Zappa

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: April 18, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge