```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, CA  95814
 4  Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
 5

 6  Attorney for Defendant
    DAVID J. ZAPPA
 7
```

 8             IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) SCHEDULING STATUS CONFERENCE** |
| v. | |
| DAVID J. ZAPPA, | DATE:  August 16, 2019 |
| Defendant. | TIME   9:00 a.m. |
|  | JUDGE: Hon. Garland E. Burrell, Jr. |

17      IT IS HEREBY STIPULATED by and between plaintiff, United

18 States of America, and defendant, David J. Zappa, that the Court

19 should schedule a status conference in the above case for August

20 16, 2019, at 9:00 a.m. and order time under the Speedy Trial Act

21 excluded through that date for the reasons stated in this

22 stipulation.

23      On July 16 the Magistrate Judge denied Mr. Zappa's motion

24 for discovery.  Defense counsel seeks additional time to

25 investigate the charges filed in the superseding indictment, to

26 obtain transcripts of the discovery hearings, to consult with

27 his expert, to research and prepare pretrial motions, and to

28 conduct other tasks necessary to preparing the case.  The

parties will meet to confer about scheduling prior to the August 16th status conference and may present a further stipulation and order before that date. The parties agree that time under the Speedy Trial Act should be excluded through the hearing scheduled for August 16, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T-4) to afford the defense necessary time for effective preparation, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 24, 2019 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: July 24 2019 /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney

/////

/////

/////

**O R D E R**

A status conference is scheduled for August 16, 2019, at 9:00 a.m. and time is excluded through that date for the reasons set forth above.

IT IS SO ORDERED.

Dated: July 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge