McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. ZAPPA, <br><br> Defendant. | CASE NO. 2:15-CR-184-WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER <br><br> DATE: September 9, 2019 <br> TIME: 9:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 20, 2019, pursuant to the Clerk's Notice of Reassignment of this case to Senior Judge William B. Shubb, a status conference was set for September 9, 2019. It is hereby stipulated by and between plaintiff, United States of America, and defendant, David J. Zappa, that the Court should continue the status conference in the above case to September 30, 2019, at 9:00 a.m. and order time under the Speedy Trial Act excluded through that date for the reasons stated in this stipulation.

2. As stated on the record at the status conference on August 16, 2019, defense counsel is currently preparing to file multiple motions in this case. He requires additional time to review the

charges in the superseding indictment, consult with experts and his client, research the applicable law, and draft the motions.

3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2019 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 5, 2019  
McGREGOR W. SCOTT  
United States Attorney

/s/ MATTHEW G. MORRIS  
MATTHEW G. MORRIS  
Assistant United States Attorney

Dated: September 5, 2019  
HEATHER WILLIAMS  
Federal Defender

/s/ TIMOTHY ZINDEL (as authorized by email on 9/5/19)  
TIMOTHY ZINDEL  
Counsel for Defendant  
DAVID J. ZAPPA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE