McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
MIRA CHERNICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. ZAPPA,<br><br>Defendant. | Case No. 2:15-CR-0184 WBS<br><br>**ORDER EXCLUDING TIME** |

The parties appeared on September 30, 2019, for a status conference. At that hearing, the Court set a trial date of March 24, 2020. Defendant, by and through counsel, represented that he is currently working on three pre-trial motions, including a complex suppression motion, a discovery motion, and a motion related to the loss of evidence. To prepare these motions, defense counsel needs time to consult experts, research applicable case law, and review the relevant discovery. Furthermore, Defendant needs additional time to prepare for trial on the charges brought in the Superseding Indictment, which charges different conduct under a different theory of guilt than did the Original Indictment.

Accordingly, IT IS HEREBY ORDERED that time under the Speedy Trial Act is excluded from September 30, 2019, through the start of trial on March 24, 2020, inclusive,

pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because the period of delay results from a continuance granted by this Court at the request of the defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO FOUND AND ORDERED.

Dated: October 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE