HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW TRAVEL AND TO MODIFY CURFEW** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, for purposes of assisting his daughter Molly Zappa while she has and recovers from shoulder surgery. The following temporary conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 10:00 a.m. on October 10 (Thursday) and shall return by 1:00 p.m. October 15 (Tuesday).

2. At all times Mr. Zappa shall be monitored by his third-party custodian, Molly Zappa, and shall spend each evening at her home. He will be subject to location monitoring throughout his visit using his existing monitoring equipment.

3. Mr. Zappa may be outside the home between 8:00 a.m. and 8:00 p.m. during each day of his visit and shall return to Pete's Place in Sacramento no later than 1:00 p.m. on

Tuesday, October 15.  On Friday, October 11 he may leave the residence by 5:00 a.m. to take his daughter to her surgery.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017, 2018, and 2019.  Officer Basurto has also confirmed all information with Ms. Zappa.

Ms. Zappa is aware of her father's conditions of release and has advised Pretrial Services that she does not have internet service or Wi-Fi at her house.  Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 7, 2019    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated:  October 7, 2019    /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The above request is granted.  Mr. Zappa shall follow the restrictions on his travel and release as set forth above.

IT IS SO ORDERED.

Dated:  October 8, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE