HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER (PROPOSED) TO ALLOW TRAVEL AND TO MODIFY CURFEW** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, for purposes of assisting his daughter Molly Zappa and managing personal property in storage there. The following temporary conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 8:00 a.m. on October 25 (Friday) and shall return by 2:00 p.m. October 29 (Tuesday).

2. At all times Mr. Zappa shall be monitored by his third-party custodian, Molly Zappa, and shall spend each evening at her home. He will be subject to location monitoring throughout his visit using his existing monitoring equipment.

3. Mr. Zappa may be outside the home between 8:00 a.m. and 8:00 p.m. during each day of his visit and shall return to Pete's Place in Sacramento no later than 2:00 p.m. on

1    Tuesday, October 29.

2        Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release.

3    Pretrial has reviewed and approved this request, which is similar to requests granted in 2017,

4    2018, and 2019.  Officer Basurto will also confirm this information with Ms. Zappa, who is her

5    father's third-party custodian.  Ms. Zappa is aware of her father's conditions of release and has

6    advised Pretrial Services that she does not have internet service or Wi-Fi at her house.  Mr.

7    Zappa's existing conditions (which remain in force) preclude internet and computer access

8    except as authorized in advance by Pretrial Services.

9                                            Respectfully submitted,

10

11                                            HEATHER E. WILLIAMS
                                             Federal Defender
12

13   Dated:  October 24, 2019              /s/ T. Zindel
                                             TIMOTHY ZINDEL
14                                           Assistant Federal Defender
                                             Attorney for David J. Zappa
15

16                                            McGREGOR SCOTT
                                             United States Attorney
17

18   Dated:  October 24, 2019              /s/ T. Zindel for M. Chernick
                                             MIRA CHERNICK
19                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
20

21                            **O R D E R**

22       The above request is granted.  Mr. Zappa shall follow the restrictions on his travel and

23   release as set forth above.

24       IT IS SO ORDERED.

25   Dated:  October 24, 2019

26

27                                            _____

28                                            DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE

*U.S. v. Zappa*, 15-CR-0184 WBS