HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW TRAVEL AND TO MODIFY CURFEW** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, for purposes of managing personal property in storage there. The parties have also agreed to temporarily enlarge his curfew to accommodate a medical procedure. The following temporary conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 5:45 a.m. on Friday, November 8, to meet a Pretrial Services officer and have his ankle bracelet temporarily removed for the medical procedure. He shall return to Pretrial Services following the procedure so that the bracelet may be reinstalled.

2. Mr. Zappa may travel to Santa Rose once the bracelet is reinstalled and shall return to his usual residence (Pete's Place) by 11:00 a.m. on Tuesday, November 12.

3. At all times Mr. Zappa shall be monitored by his third-party custodian, Molly Zappa, and shall spend each evening at her home. He will be subject to location monitoring throughout his visit using his existing monitoring equipment.

4. Mr. Zappa may be outside the home between 8:00 a.m. and 8:00 p.m. during each day of his visit and shall return to Pete's Place in Sacramento no later than 11:00 a.m. on Tuesday, November 12.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017, 2018, and 2019. Officer Basurto will also confirm this information with Ms. Zappa, who is her father's third-party custodian. Ms. Zappa is aware of her father's conditions of release and has advised Pretrial Services that she does not have internet service or Wi-Fi at her house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

Respectfully submitted,


HEATHER E. WILLIAMS
Federal Defender


Dated: November 4, 2019       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for David J. Zappa


                              McGREGOR SCOTT
                              United States Attorney

Dated: November 4, 2019       /s/ T. Zindel for M. Chernick
                              MIRA CHERNICK
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

The above request is granted.  Mr. Zappa shall follow the restrictions on his travel and release as set forth above.

IT IS SO ORDERED.

Dated:  November 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE