| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710<br>timothy_zindel@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>DAVID J. ZAPPA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. ZAPPA,<br><br>Defendant. | Case No. 2:15-CR-0184 WBS<br><br>**STIPULATION AND ORDER<br>TO ALLOW TRAVEL**<br><br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, to be with his family for the Thanksgiving holiday. The following conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 8:00 a.m. on Tuesday, November 26 to travel to Santa Rosa, California, where he will reside with his daughter and third-party custodian, Molly Zappa. He shall spend each evening at her home and will be subject to location monitoring throughout his visit using his existing monitoring equipment.

2. Mr. Zappa may be outside the home between 8:00 a.m. and 8:00 p.m. during each day of his visit (these are his regular curfew hours). He shall return to Pete's Place in

Sacramento no later than noon on Monday, December 2.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017, 2018, and 2019. Officer Basurto has confirmed this information with Ms. Zappa, who is her father's third-party custodian. Ms. Zappa is aware of her father's conditions of release and has advised Pretrial Services that she does not have internet service or Wi-Fi at her house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 22, 2019   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: November 22, 2019   /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The above request is granted. Mr. Zappa shall follow the restrictions on his travel and release as set forth above.

IT IS SO ORDERED.

Dated: November 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE