| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | DAVID J. ZAPPA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW TRAVEL** |
| v. | |
| DAVID J. ZAPPA, | JUDGE: Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, to reside with his daughter and third-party custodian. The following conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 8:00 a.m. on Thursday, January 30, 2020, to travel to Santa Rosa, California, where he will reside with his daughter and third-party custodian, Molly Zappa. He shall spend each evening at her home and will be subject to location monitoring throughout his visit using his existing monitoring equipment.

2. Mr. Zappa may be outside the home between 8:00 a.m. and 8:00 p.m. during each day of his visit. He shall return to Pete's Place in Sacramento by 12:30 p.m. on Tuesday,

February 4, 2020.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017, 2018, and 2019. Officer Basurto has confirmed this information with Ms. Zappa, who is her father's third-party custodian. Ms. Zappa is aware of her father's conditions of release. There are no minors living in the home, she is aware of Mr. Zappa's restrictions re contact with minors, and she has advised Pretrial Services that she does not have internet service or Wi-Fi at her house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 28, 2020        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: January 28, 2020        /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The above request is granted. Mr. Zappa shall follow the restrictions on his travel and release as set forth above.

IT IS SO ORDERED.

Dated: January 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE