HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW TRAVEL** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, to reside with his daughter and third-party custodian. The following conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 8:00 a.m. on Friday, February 21, 2020, to travel to Santa Rosa, California, where he will reside with his daughter and third-party custodian, Molly Zappa. He shall spend each evening at her home and will be subject to location monitoring throughout his visit using his existing monitoring equipment.

2. Mr. Zappa may be outside the home between 8:00 a.m. and 8:00 p.m. during each day of his visit. He shall return to Pete's Place in Sacramento by 12:30 p.m. on Tuesday,

| | |
|---|---|
| 1 | February 25, 2020. |
| 2 | Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. |
| 3 | Pretrial has reviewed and approved this request, which is similar to requests granted in 2017, |
| 4 | 2018, and 2019. Officer Basurto has confirmed this information with Ms. Zappa, who is her |
| 5 | father's third-party custodian. Ms. Zappa is aware of her father's conditions of release. There |
| 6 | are no minors living in the home, she is aware of Mr. Zappa's restrictions re contact with minors, |
| 7 | and she has advised Pretrial Services that she does not have internet service or Wi-Fi at her |
| 8 | house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer |
| 9 | access except as authorized in advance by Pretrial Services. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 20, 2020    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

McGREGOR SCOTT
United States Attorney

Dated: February 20, 2020    /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The above request is granted. Mr. Zappa shall follow the restrictions on his travel and release as set forth above.

IT IS SO ORDERED.

Dated: February 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE