HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0184 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER (PROPOSED) TO ALLOW TRAVEL** |
| DAVID J. ZAPPA, | |
| Defendant. | JUDGE:  Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel to Santa Rosa, California, to reside with his daughter and third-party custodian.  The following conditions have been reviewed and approved by Pretrial Services.

1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) between 9:00 and 10:00 a.m. on Wednesday, July 7, 2021, to travel to Santa Rosa, California, where he will reside with his daughter and third-party custodian, Molly Zappa.  He shall spend each evening at her home and will be subject to location monitoring throughout his visit using his existing monitoring equipment.

2. Mr. Zappa may be outside the home between 8:00 a.m. and 9:00 p.m. during each day of his visit.  He shall return to Pete's Place in Sacramento by 3:00 p.m. on Tuesday,

July 13, 2021.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release. Pretrial has reviewed and approved this request, which is similar to requests granted in 2017, 2018, and 2019. Officer Basurto has confirmed this information with Ms. Zappa, who is her father's third-party custodian. Ms. Zappa is aware of her father's conditions of release. There is a newborn living in the home, but Officer Basurto will review Mr. Zappa's restrictions re contact with minors with Ms. Zappa and her partner. Ms. Zappa has advised Pretrial Services that she does not have internet service or Wi-Fi at her house. Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 30, 2021      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for David J. Zappa

PHILLIP A. TALBERT
Acting United States Attorney

Dated: June 30, 2021      /s/ T. Zindel for M. Chernick
MIRA CHERNICK
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The above request is granted. Mr. Zappa shall follow the restrictions on his travel and release as set forth above.

IT IS SO ORDERED.

Dated: July 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE