TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>DAVID J. ZAPPA,<br><br>    Defendant. | Case No. 2:15-CR-0184 WBS<br><br>**UNOPPOSED MOTION TO ALLOW TRAVEL; ORDER (proposed)**<br><br>Judge:   Hon. Jeremy D. Peterson |

Mr. Zappa moves the Court for an order allowing him to travel to Santa Rosa, California, to reside with his daughter and third-party custodian, Molly Zappa.  The following conditions have been reviewed and approved by Pretrial Services Officer Renee Basurto who has spoken to both Mr. Zappa and his daughter.  Counsel for the government has advised that it defers to Pretrial Services and does not oppose this motion.  Consequently, a proposed order is attached to this motion.

   1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 8:00 a.m. on Friday, October 8, 2021, to travel to Santa Rosa, California, where he will reside with his daughter and third-party custodian, Molly Zappa, and her partner.  He shall spend each evening at her current

residence and will be subject to location monitoring throughout his visit using his existing monitoring equipment.

      2.  Mr. Zappa may be outside the home between 8:00 a.m. and 9:00 p.m. during each day of his visit.  He shall return to Pete's Place in Sacramento by 12:30 p.m. on Tuesday, October 19, 2021.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release.

      Pretrial has reviewed this request but Court approval is required.  The terms of the proposal are similar to those of over 10 prior requests granted by stipulation and order between 2016 and 2020 (docs. 40, 65, 86, 88, 139, 141, 143, 145, 155, 157, and 161).  Officer Basurto has confirmed the travel formation with Ms. Zappa, who is her father's third-party custodian.  Ms. Zappa is aware of her father's conditions of release.  Mr. Zappa's infant grandchild resides in the home but a parent will be present throughout.  Both parents are aware of Mr. Zappa's restrictions re contact with minors.  While there is Wi-Fi at the residence, it is password-protected, and Ms. Zappa is aware of her father's computer restriction.  Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

      Mr. Zappa asks the Court to authorize the requested travel.  The government advises it does not oppose the motion but asked counsel to submit an unopposed motion rather than a stipulation and order.  A proposed order follows.

Respectfully Submitted,

Dated:  October 6, 2021        /s/ T. Zindel
        TIMOTHY ZINDEL
        Attorney for DAVID J. ZAPPA

**O R D E R**

Defendant's motion to allow travel is granted and the conditions set forth above are hereby adopted for the period of October 8 to 19, 2021.

IT IS SO ORDERED.

Dated:  October 7, 2021

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge