TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0184 WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER (PROPOSED)** **ALLOWING TRAVEL** |
| DAVID J. ZAPPA, | ) |
| Defendant. | ) Judge:   Hon. Allison Claire |

The Court has reviewed Mr. Zappa's unopposed motion requesting to travel.  The motion is GRANTED.  The conditions set forth in the motion are hereby adopted and Mr. Zappa shall remain bound by his existing conditions of pretrial release, to the extent they are not inconsistent with this Order.

IT IS SO ORDERED.

Dated:  November 18, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE