TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID J. ZAPPA,<br><br>    Defendant. | Case No. 2:15-CR-0184 WBS<br><br>**UNOPPOSED MOTION TO ALLOW TRAVEL**<br><br>Judge:   Hon. Deborah Barnes |

    Mr. Zappa moves the Court for an order allowing him to travel to Santa Rosa, California, to reside with his daughter and third-party custodian, Molly Zappa.  The following conditions have been reviewed and approved by Pretrial Services Officer Renee Basurto who has spoken to both Mr. Zappa and his daughter.  Pretrial Services does not oppose this motion.  Counsel for the government has advised that it will defer to Pretrial Services and does not oppose this motion.  Consequently, counsel will submit a proposed order.

    1. Mr. Zappa may leave his approved residence (Pete's Place in Sacramento) at 8:00 a.m. on Friday, December 17, 2021, to travel to Santa Rosa, California, where he will reside with his daughter and third-party custodian, Molly Zappa, and her partner.  He shall spend each evening at her current

residence and will be subject to location monitoring throughout his visit using his existing monitoring equipment.

  2. Mr. Zappa may be outside the home between 8:00 a.m. and 9:00 p.m. during each day of his visit.  He shall return to Pete's Place in Sacramento by 12:30 p.m. on Wednesday, January 5, 2021.

Pretrial Services advises that Mr. Zappa is in compliance with his conditions of release.

  Pretrial Services also advises that Mr. Zappa's request requires Court approval.  The terms of the proposal are similar to those of prior requests granted by stipulation and order between 2016 and 2020 (docs. 40, 65, 86, 88, 139, 141, 143, 145, 155, 157, and 161) or by unopposed motion in 2021 (docs. 187, 192).  Officer Basurto has confirmed the travel information with Molly Zappa, who is her father's third-party custodian.  Ms. Zappa is aware of her father's conditions of release.  Mr. Zappa's one-year-old grandchild resides in the home but a parent will be present throughout.  Both parents are aware of Mr. Zappa's restrictions re contact with minors.  While there is Wi-Fi at the residence, it is password-protected, and Ms. Zappa is aware of her father's computer restriction.  Mr. Zappa's existing conditions (which remain in force) preclude internet and computer access except as authorized in advance by Pretrial Services.

  Mr. Zappa asks the Court to authorize the requested travel.  The government advises it does not oppose the motion but asked counsel to submit an unopposed motion rather than a stipulation and order.  A proposed order will be separately filed.

           Respectfully Submitted,

Dated:  December 16, 2021    /s/ T. Zindel
               TIMOTHY ZINDEL
               Attorney for DAVID J. ZAPPA