TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DAVID J. ZAPPA,<br><br>　　Defendant. | Case No. 2:15-CR-0184 DAD<br><br>**STIPULATION AND ORDER ALLOWING TRAVEL**<br><br>Judge:　Hon. Carolyn K. Delaney |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may be allowed to travel from his current residence at Pete's Place in Sacramento to his new residence, the home of his daughter and third-party custodian in Santa Rosa, on Sunday, October 30, 2022, and Tuesday, November 1, 2022, for purposes of moving his property from one place to the other.  The parties further agree that the time of his curfew (presently 5:00 p.m. to 8:00 a.m.) may be extended on those two dates to facilitate the move, with Mr. Zappa authorized to leave Pete's Place at 8:00 a.m., returning no later than 10:00 p.m. on each date.

　　On October 19, 2022, the Court granted Mr. Zappa's motion to modify the conditions of his release to allow him to live full-time with his daughter and third-party custodian.  ECF 233.

The final date of the move has yet to be determined but Mr. Zappa asked Pretrial Services for permission to travel from his current residence to his new residence on the above dates in order to move his property. Pretrial Services advised defense counsel to submit a stipulation since the travel will be out of district and entails an extension of the existing curfew. The government does not oppose the request in light of the previously-authorized move, recognizing Pretrial Services' request for a stipulation and order.

Respectfully Submitted,

Dated: October 27, 2022

/s/ T. Zindel
TIMOTHY ZINDEL
Attorney for David J. Zappa

PHILLIP A. TALBERT
United States Attorney

Dated: October 27, 2022

/s/ T. Zindel for R. Yang
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The requested travel is hereby allowed and the curfew enlarged on the dates requested.

IT IS SO ORDERED.

Dated: October 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE