TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0184 DAD |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **ALLOWING TRAVEL AND ADOPTING** |
| DAVID J. ZAPPA, | ) **AMENDED CONDITIONS** |
| Defendant. | ) Judge:   Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may be allowed to travel from his current residence at Pete's Place in Sacramento to his new residence, the home of his daughter and third-party custodian in Santa Rosa, on Friday, November 4, 2022, and Sunday, November 6, 2022, for purposes of moving his property from one place to the other.  The parties further agree that the time of his curfew (presently 5:00 p.m. to 8:00 a.m.) may be extended on those two dates to facilitate the move, with Mr. Zappa authorized to leave Pete's Place at 8:00 a.m., returning no later than 10:00 p.m. on each date.

On October 19, 2022, the Court granted Mr. Zappa's motion to modify the conditions of his release to allow him to live full-time with his daughter and third-party custodian.  ECF 233.

The final date of the move has yet to be determined but Mr. Zappa asked Pretrial Services for permission to travel from his current residence to his new residence on the above dates in order to move his property. Pretrial Services has advised defense counsel to submit a stipulation since the travel will be out of district and entails an extension of the existing curfew. The government does not oppose the request in light of the previously-authorized move, recognizing Pretrial Services' request for a stipulation and order.

Pretrial Services provided the parties with proposed amended conditions of release to effectuate Mr. Zappa's move and his travel between the Eastern and Northern Districts of California. The amended conditions are attached to this stipulation and the parties agree that the Court should adopt them.

Respectfully Submitted,

Dated: November 1, 2022

/s/ T. Zindel
TIMOTHY ZINDEL
Attorney for David J. Zappa

PHILLIP A. TALBERT
United States Attorney

Dated: November 1, 2022

/s/ T. Zindel for R. Yang
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The requested travel is hereby allowed and the curfew enlarged on the dates requested. The amended conditions of release are hereby adopted.

IT IS SO ORDERED.

Dated: November 2, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**FOURTH AMENDED SPECIAL CONDITIONS OF RELEASE**

                    Re: David J. Zappa
                    No.: 2:15-CR-00184-MCE
                    Date: October 31, 2022

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You are released to the third-party custody of Molly Zappa;
3. You are to reside with your third-party custodian in Santa Rosa, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to Northern and Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall not obtain a passport or other travel documents during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
11. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;
12. CURFEW: You must remain inside your residence each day from 5:00pm to 8:00am, or as adjusted by the pretrial services officer for medical, religious services, employment, or court ordered obligations.
13. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

14. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

15. You shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer.

16. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

17. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and,

18. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.