```
TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com
```

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DAVID J. ZAPPA,<br><br>　　Defendant. | Case No. 2:15-CR-0184 DAD<br><br>**STIPULATION AND ORDER TEMPORARILY AMENDING RELEASE CONDITIONS**<br><br>Judge:　Hon. Allison Claire |

　　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa's existing curfew (5:00 p.m. to 8:00 a.m.) may be extended to 10:00 p.m. to 8:00 a.m. commencing this evening, November 23, 2022, through Saturday evening, November 26, 2022, to allow him to visit with family during Thanksgiving weekend.

　　　　On October 19, 2022, the Court granted Mr. Zappa's motion to modify the conditions of his release to allow him to live full-time with his daughter and third-party custodian in Santa Rosa.  ECF 233.  Mr. Zappa occupies an accessory dwelling unit adjacent to the main house, but his existing curfew requires him to be inside the dwelling unit at 5:00 p.m. each day.  Mr. Zappa's other adult children, both in their 30s, will be joining the family this weekend for the

Thanksgiving holiday.  In past years, the Court has extended Mr. Zappa's curfew during past visits to his daughter's house.  He therefore asks to extend the curfew to 10:00 p.m. through next Saturday in order to maximize the time he is able to spend with his family while they visit.  Pretrial Services has confirmed that Mr. Zappa continues to be in compliance with his release conditions.

Respectfully Submitted,

Dated:  November 23, 2022

/s/ T. Zindel
TIMOTHY ZINDEL
Attorney for David J. Zappa

PHILLIP A. TALBERT
United States Attorney

Dated:  November 23, 2022

/s/ T. Zindel for R. Yang
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

Mr. Zappa's existing curfew is extended to 10:00 p.m. to 8:00 a.m. commencing November 23 through November 26, 2022.

IT IS SO ORDERED.

Dated:  November 23, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE