Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DAVID J. ZAPPA

# IN THE UNITED STAT DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>DAVID J. ZAPPA,<br><br>                Defendant. | Case No.: 2:15-CR-00184 DAD<br><br>**ORDER** |

**ORDER**

Based upon the representations made in the Defendant's Motion for Extension at docket [250], of which the government takes no position, the Court finds that there is good cause for the request and grants his motion. Defendant's motion to withdraw his guilty plea is now due on April 4, 2023; the Government's response is due April 18, 2023; and Defendant's reply is due April 25, 2023.  No further extensions of time for this purpose will be granted.

      IT IS SO ORDERED.

Dated:   **March 29, 2023**                            _/s/ Dale A. Drozd_
                                                                      UNITED STATES DISTRICT JUDGE

**Motion for Extension**