Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DAVID J. ZAPPA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID J. ZAPPA,<br><br>　　　　　Defendant. | Case No.: 2:15-CR-00184 DAD<br><br>**STIPULATION AND ORDER** |

## STIPULATION

The defendant David Zappa, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel Roger Yang, hereby stipulate as follows:

1. At a status hearing on January 18, 2023, the Court appointed attorney Etan Zaitsu to represent the defendant for the limited purpose of filing a motion to withdraw the defendant's guilty if such a motion was warranted. At the hearing the Court ordered defendant's motion to be filed by March 28, 2023, the government's response by April 11, 2023, and any reply brief by April 18, 2023.

**Stipulation and Proposed Order**

2. Thereafter, upon defense counsel's motion for a week extension, the Court ordered defendant's brief due April 4, 2023, the government's response due April 18, 2023, and any reply due April 25, 2023.

3. The Court has since informed the parties that the earliest available date for a hearing on the motion is May 23, 2023.

4. After filing the motion to withdraw defendant's guilty plea on April 5, 2023, defense counsel notified the government of the need to file an amended motion to make several critical corrections. At that time, the parties agreed to the following schedule:

    a. The defendant shall immediately file the amended motion (which it did on April 8, 2023);

    b. The government's response to the motion shall be due on April 24, 2023;

    c. Defendant's reply, if any, shall be due May 1, 2023;

    d. The parties jointly request a hearing on the motion on May 23, 2023;

    e. Based upon the new court date as requested herein, the parties request that all prior court dates be vacated.

IT IS SO STIPULATED

Dated: April 11, 2023

*/s/ Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
DAVID J. ZAPPA

Dated: April 11, 2023

Respectfully submitted,

*/s/ Roger Yang*
ROGER YANG
ASSISTANT U.S. ATTORNEY

**ORDER**

Based upon the representations of the parties, and good cause showing, the Court orders the government's response to the Defendant's motion due April 24, 2023, with any reply thereafter due May 1, 2023. The Court further orders hearing on the motion set for May 23, 2023 at 9:30AM, and all previously set hearing dates vacated.

IT IS SO ORDERED.

Dated:   **April 11, 2023**                                  /s/ Dale A. Drozd
                                                                               UNITED STATES DISTRICT JUDGE

**Stipulation and Proposed Order**