IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID J. ZAPPA,<br><br>            Defendant. | Case No.: 2:15-CR-00184 DAD<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY AND CONTINUING HEARING DATE ON MOTION TO WITHDRAW PLEA<br><br>(Doc. No. 259) |

On May 1, 2023, counsel on behalf of defendant Zappa moved for an extension of time to file his reply brief in support of the defendant's pending motion to withdraw his guilty plea and to continue the hearing on that motion from May 23, 2023 to June 6, 2023 at 9:30 a.m. (Doc. No. 259.) Later that same day the government filed an opposition to defendant's request. (Doc. No. 261.) Therein, the government argued that defendant's request for two additional weeks to file his reply brief was not well-supported and that the May 23, 2023 hearing date should remain in place in light of the considerable delay already experienced in connection with the pending motion. (*Id*.)

The undersigned finds much of the government's opposition to the requested extension of time be well taken. However, unfortunately, the undersigned was out of the country from April

1

**[Proposed] Order**

28, 2023 (before defendant's request was filed) until May 16, 2023 and under this court's policy was unable to have access to the court's computer system during that period of time. Having just now been able to review defendant's request, as a practical matter, briefing is not yet completed with respect to the motion and the previously scheduled May 23, 2023 hearing cannot go forward. Accordingly, the court will grant defendant's request for an extension of time and for a continuance of the hearing. However, no further extensions of time or continuances with respect to this motion will be granted. Defendant's reply brief in support of the motion is now due to be filed on or before May 30, 2023 and the motion will be heard on June 6, 2023 at 9:30 a.m. before the undersigned.

    IT IS SO ORDERED.

Dated:   **May 17, 2023**

_____
UNITED STATES DISTRICT JUDGE

**[Proposed] Order**