TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DAVID J. ZAPPA,<br><br>　　Defendant. | Case No. 2:15-CR-0184 DAD<br><br>**STIPULATION AND ORDER<br>CONTINUING RESTITUTION HEARING**<br><br>Judge:　Hon. Dale A. Drozd<br>Date:　October 10, 2023 |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David J. Zappa, that the restitution hearing scheduled for October 10, 2023, may be continued to October 24, 2023, at 9:30 a.m.  A compromise offer has been sent to counsel for the claimants, but they have yet to respond.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  October 5, 2023　　　　　　　　/s/ *T. Zindel*
　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　Attorney for David J. Zappa

-1-

PHILLIP A. TALBERT
United States Attorney

Dated:  October 5, 2023          */s/ T. Zindel for R. Yang*
                                 ROGER YANG
                                 Assistant U.S. Attorney

# O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the restitution hearing in this case is continued from October 10, 2023 to October 24, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **October 5, 2023**          *[signature: Dale A. Drozd]*
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE