TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　vs.<br><br>DAVID J. ZAPPA,<br><br>　Defendant. | Case No. 2:15-CR-0184 DAD<br><br>**STIPULATION AND ORDER VACATING RESTITUTION HEARING**<br><br>Judge:　Hon. Dale A. Drozd<br>Date:　October 24, 2023 |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David J. Zappa, that the restitution hearing scheduled for October 24, 2023, may vacated.  All restitution claimants and Mr. Zappa have reached agreement as to all claims.  The government will prepare a stipulation and proposed order detailing the agreement.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  October 19, 2023　　　　　　　　/s/ *T. Zindel*
　　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　Attorney for David J. Zappa

-1-

PHILLIP A. TALBERT
United States Attorney

Dated: October 19, 2023

*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the restitution scheduled October 24, 2023, is vacated.

IT IS SO ORDERED.

Dated: **October 19, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE