PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00184 DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE RESTITUTION HEARING AND ISSUE RESTITUTION ORDER** |
| v. | |
| DAVID J. ZAPPA, | COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Timothy Zindel, attorney for David J. Zappa, defendant, that the restitution hearing currently scheduled for October 24, 2023, at 9:30 a.m. be vacated, and that restitution be determined and a restitution order be filed as set forth below.

(1) The parties agree that a $1,000 restitution order is appropriate under 18 U.S.C. section 2259(a) for each of the following series victims: "Jenny," "Henley," and "Vicky" for a total amount of $3,000.

(2) The parties agree that the defendant does not have the ability to pay interest and ask the Court to waive interest on restitution.

(3) The parties agree that, during incarceration, payment of any unpaid criminal monetary

penalties is due at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater.  Payment shall be made through the Bureau of Prison's Inmate Financial Responsibility Program.

IT IS SO STIPULATED.

Dated:  October 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated:  October 23, 2023

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
DAVID J. ZAPPA

### ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated:  **October 23, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE