TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DAVID J. ZAPPA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>DAVID J. ZAPPA,<br><br>　　　Defendant. | Case No. 2:15-CR-0184 DAD<br><br>**STIPULATION AND ORDER ALLOWING OVERNIGHT TRAVEL**<br><br>Judge:　Hon. Allison Claire |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David J. Zappa, that Mr. Zappa may travel overnight, commencing immediately, from his current residence in the Northern District to Long Beach, in the Central District of California, in order to surrender to FCI Terminal Island to serve his sentence.  The parties also agree that Mr. Zappa may stay overnight in the Long Beach area.  He will be accompanied by his adult son, Lenny, who is driving him to Long Beach.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Pretrial Services requested this order.  Mr. Zappa was ordered to surrender at Terminal Island on November 28.  He has been on pretrial release for over eight years without serious incident.  He will provide his travel details to his supervising officer in the Northern District.

Respectfully Submitted,

Dated:  November 27, 2023

/s/ T. Zindel
TIMOTHY ZINDEL
Attorney for David J. Zappa

PHILLIP A. TALBERT
United States Attorney

Dated:  November 27, 2023

/s/ T. Zindel for R. Yang
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  November 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE